AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Prost, Sharon | Federal Circuit | 08/24/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Court of Appeals, Fed Cir
717 Madison Pl., NW
Washington, DC 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 08/24/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Connor Inn of Court | 01/14/15-01/15/2015 | New York City, NY | Guest of honor at dinner | Transportation, food, lodging |
| 2. | Los Angeles Intellectual Property Law Association | 02/24/15-02/25/2015 | Los Angeles, CA | Keynote dinner speaker | Transportation, food, lodging |
| 3. | Intellectual Property Law Section of the GA Bar | 03/26/2015-03/27/2015 | Atlanta, GA | Judges dinner | Transportation, food, lodging |
| 4. | New York Intellectual Property Law Association | 03/27/2015-03/28/2015 | New York City, NY | Judges dinner | Transportation, food, lodging |
| 5. | Japan Patent Office and Japan Federation Bar Association | 04/17/2015-04/21/2015 | Tokyo, Japan | Conference panelist | Transportation, food, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 08/24/2016 |

| | | | | |
|---|---|---|---|---|
| 6. | Federal Circuit Bar Association and Delaware Chapter of the Federal Bar Association | 05/07/2015-05/08/2015 | Wilmington, DE | Conference panelist | Transportation, food, lodging |
| 7. | NJ Intellectual Property Law Association | 06/05/2015-06/06/2015 | Newark, NJ | Guest Jefferson Medal Dinner | Transportation, food, lodging |
| 8. | Federal Circuit Bar Association | 06/24/2015-06/27/2015 | Dana Point, CA | Conference panelist | Transportation, food, lodging |
| 9. | Institute of Continuing Legal Education in GA | 09/18/2015-09/20/2015 | Amelia Is., FL | Conference panelist | Transportation, food, lodging |
| 10. | Intellectual Property Owners Association | 09/27/2015-09/28/2015 | Chicago, IL | Luncheon speaker | Transportation, food, lodging |
| 11. | Federal Circuit Bar Association | 10/11/2015-10/21/2015 | Hong Kong and Shanghai, China | Conference panelist | Transportation, food, lodging |
| 12. | Philadelphia Intellectual Property Law Associaiton | 11/11/2015 | Philadelphia, PA | Judges dinner | Transportation, food, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Prost, Sharon** | 08/24/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 08/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Supreme Industries Inc | A | Dividend | J | T | | | | | |
| 2. ML Fundamental Growth Mutual Fund | | None | J | T | | | | | |
| 3. CMA Tax-Exempt Fund | A | Interest | J | T | | | | | |
| 4. General Electric Company | A | Dividend | | | Sold | 01/21/15 | J | | |
| 5. Pioneer - Pioneer Value Fund C1A | A | Dividend | K | T | | | | | |
| 6. American Funds - SmallCap World Fund. C1A (Am. Century) | A | Dividend | | | Sold | 01/15/15 | J | | |
| 7. WGL Holdings Inc. | C | Dividend | K | T | | | | | |
| 8. American Funds - Capital World Growth Income Fund | A | Dividend | K | T | | | | | |
| 9. American Funds New World Fund | A | Dividend | L | T | | | | | |
| 10. Rental Property, Silver Spring, MD | D | Rent | M | W | | | | | |
| 11. United States Senate FCU - Account | B | Interest | M | T | | | | | |
| 12. United States Senate - ROTH IRA | A | Interest | J | T | | | | | |
| 13. Pioneer - Pioneer Mid-Cap Growth Fund - IRA | A | Dividend | K | T | | | | | |
| 14. M&T Bank - IRA | A | Interest | J | T | | | | | |
| 15. PNC Bank - IRA | A | Interest | J | T | | | | | |
| 16. U.S. Government Fund - The Reserve Fund - IRA | A | Dividend | J | T | | | | | |
| 17. Merill Lynch Life Insurance Cash Surrender Value | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Prost, Sharon** | 08/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PNC Bank - CDs | B | Interest | L | T | | | | | |
| 19. American Funds - Euro Pac Growth | A | Dividend | | | Sold | 01/15/15 | J | | |
| 20. Goldman Sachs TR Mid-Cap Value Fund | A | Dividend | J | T | | | | | |
| 21. American Funds Growth Fund America (Am Century) | A | Dividend | | | Sold | 01/15/15 | J | | |
| 22. American Century New Opportunities | A | Dividend | J | T | | | | | |
| 23. Eaton Vance Large Cap Value | A | Dividend | | | Sold | 01/15/15 | J | | |
| 24. Hartford Growth Opportunities | A | Dividend | | | Sold | 01/15/15 | J | | |
| 25. JP Morgan Undisc Mgrs Behavioral Value Fund | A | Dividend | | | Sold | 01/15/15 | J | | |
| 26. BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | J | T | | | | | |
| 27. Thomas White Intl | A | Dividend | | | Sold | 01/15/15 | J | | |
| 28. Westcore Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 29. Hancock Horizon Diversified | A | Dividend | | | Sold | 11/20/15 | J | | |
| 30. New Jersey Health Care FACS | A | Interest | K | T | | | | | |
| 31. JEFFERSON CNTY COLO OPEN SPACE SALES TAX REV RF | A | Interest | K | T | | | | | |
| 32. Spring Branch, TX Indpt. School Dist. | A | Interest | K | T | | | | | |
| 33. Ohio St Major New St Infrastructure | A | Interest | J | T | | | | | |
| 34. MFS Valuel Fund | A | Dividend | | | Sold | 01/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 08/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Clackamas OR Cmty College | A | Interest | | | Sold | 01/14/15 | K | | |
| 36. Tampa Fla Sales Tax Rev RF | A | Interest | K | T | | | | | |
| 37. California Health Facs Fing Auth Rev | A | Interest | K | T | | | | | |
| 38. Virginia St PSA Sch Fing | A | Interest | K | T | | | | | |
| 39. NEW YORK N Y SER B RF | A | Interest | K | T | | | | | |
| 40. CLEVELAND OHIO WTR REV SECOND LIEN SER A RF | A | Interest | K | T | | | | | |
| 41. AUGUSTA GA WTR & SEW REV & IMPT RF | A | Interest | K | T | | | | | |
| 42. NEW YORK ST DORM AT RVS NON ST SCH A SCH GTD AGM | A | Interest | K | T | | | | | |
| 43. ROYAL OAK MICH HOSP FIN AUTH HOSP REV SER D RF | A | Interest | J | T | | | | | |
| 44. Spector SPDR Industrial | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 45. | | | | | Buy (add'l) | 11/24/15 | J | | |
| 46. First TR ISE Cloud Comp | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 47. | | | | | Buy (add'l) | 11/24/15 | J | | |
| 48. Deutsche X-Trackers MSCI Japan | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 49. | | | | | Buy (add'l) | 11/24/15 | J | | |
| 50. SPDR S&P Health Care Equipment | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 51. | | | | | Buy (add'l) | 11/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Prost, Sharon | 08/24/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IShares DowJones US Finl Svcs | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 53. SPDR KBW Regional Bankin ETF | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 54. | | | | | Sold | 02/09/15 | J | | |
| 55. SPDR KBW Insurance | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 56. SPDR S P Pharmaceuticals | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 57. | | | | | Sold | 10/01/15 | J | | |
| 58. SPDR S P Retail | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 59. | | | | | Buy (add'l) | 11/24/15 | J | | |
| 60. First TR Financials Alphadex Fund | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 61. | | | | | Buy (add'l) | 11/24/15 | J | | |
| 62. Vanguard Industrial ETF | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 63. Vanguard Information Tech ETF | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 64. Vanguard Consumer Discretionary ETF | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 65. Vanguard Consumer Staples ETF | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 66. IShares MSCI Pacific Ex-Japan | A | Dividend | | | Buy | 01/20/15 | J | | |
| 67. | | | | | Sold | 08/26/15 | J | | |
| 68. IShares TR S&P GSSI Software | A | Dividend | J | T | Buy | 01/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 08/24/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  IShares NASDAQ Biotech ETF | A | Dividend | | | Buy | 01/20/15 | J | | |
| 70. | | | | | Sold | 10/01/15 | J | | |
| 71.  Vanguard Reit ETF | A | Dividend | | | Buy | 02/09/15 | J | | |
| 72. | | | | | Sold | 09/18/15 | J | | |
| 73.  Salt Riv PJ AZ Agric-Pwr DT RV Ser | A | Interest | J | T | Buy | 02/25/15 | J | | |
| 74.  Miami-Dade Cnty Fla Tran Sys | A | Interest | J | T | Buy | 02/25/15 | J | | |
| 75.  San Angelo Tex Indpt Sch Dist | A | Interest | J | T | Buy | 03/24/15 | J | | |
| 76.  SPDR DJ Wilshre Reit ETF | A | Dividend | J | T | Buy | 09/18/15 | J | | |
| 77.  Vanguard Health Care ETF | A | Dividend | J | T | Buy | 10/01/15 | J | | |
| 78. | | | | | Buy (add'l) | 11/24/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 08/24/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sharon Prost**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544